# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTORIO C. HINES, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 14-529-SCW |
| ILLINOIS DEPARTMENT OF CORRECTIONS, S.A. GODINEZ, RICK SUTTON, TERRI BRYANT, CFSS HARRIS, CFSS SNYDER, and CFSS REIMAN, | ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants Rick Sutton, CFSS Harris, CFSS Snyder, and CFSS Reiman were granted summary judgment on January 31, 2017 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 65).

Defendant S.A. Godinez was dismissed with prejudice on November 21, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 91).

The remaining case is dismissed with prejudice and without costs in accordance with an Order entered by Magistrate Judge Stephen C. Williams on December 11, 2017 (Doc. 98).

THEREFORE, judgment is entered in favor of Defendants Illinois Department of Corrections, S.A. Godinez, Rick Sutton, Terri Bryant, CFSS Harris, CFSS Snyder, and CFSS Reiman and against Plaintiff Montorio C. Hines.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal.     This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 2nd day of July, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge
Stephen C. Williams**